IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CROCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 08757 |
| | ) | |
| vs. | ) | JUDGE ELLIS |
| | ) | |
| CITY OF CHICAGO, OFFICER JERRY CRISP, | ) | Magistrate Judge Rowland |
| OFFICER BRANDON SMITH, OFFICER | ) | |
| SHANE JONES, OFFICER DERRICK DENTON, | ) | |
| OFFICER D. WITT, SERGEANT D. KOENIG, | ) | |
| and OFFICER J. ROJAS, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, James Crockett, by his attorney, Michael J. Petro; and Defendants, Jerry Crisp, Brandon Smith, Shane Jones, Derrick Denton, Deborah Witt, David Koenig, and Jose Rojas, by their attorney, Caroline Fronczak, Senior Counsel, and Defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, James Crockett, against Defendants, City of Chicago and Jerry Crisp, Brandon Smith, Shane Jones, Derrick Denton, Deborah Witt, David Koenig, and Jose Rojas, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER:_____
The Honorable Sara L. Ellis
United States District Judge
DATED: 12/27/2016

Caroline Fronczak
Senior Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817